```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

**UNITED STATES OF AMERICA**          \*

       Plaintiff       \*

    vs.                     \* CIVIL ACTION NO. MJG-02-3199

**$50,000.00 U. S. CURRENCY,**   \*
**et al.**
                               \*

       Defendants

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

### ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE PENDING RELATED PROCEEDINGS

It appears that the instant forfeiture case has been stayed pending resolution of a related criminal case and that no purpose would be served by keeping this case on the Court's active docket.

Accordingly:

1. This case is STAYED pending the related proceedings.

2. The Clerk of the Court shall ADMINISTRATIVELY CLOSE this case for possible reopening pursuant to further Order of this Court upon the application (by December 31, 2004) of any party hereto based upon the resolution of the related proceedings or other good cause.

3. The administrative closing of this case shall not affect any rights of the parties in this, or any other, proceeding.

4. If any party can show that the fact that this case is administratively closed rather than nominally open will have a genuine adverse effect on that party, the Court will consider formally reopening the case to prevent such

adverse effect.

SO ORDERED, on Tuesday, 29 April, 2003.

/s/
_____
Marvin J. Garbis
United States District Judge