IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| | * |
| v. | * CIVIL NO. MJG-02-3199 |
| | * |
| $50,000.00 U.S. CURRENCY, and | * |
| $94,899.00 U.S. CURRENCY, | * |
| Defendants. | * |

\* \* \* \* \* \* \*

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America, by and through undersigned counsel, hereby moves for entry of an order of forfeiture, and in support of such motion states the following:

1. The Verified Complaint for Forfeiture of the defendant property, which, the government submits, sets forth probable cause for the forfeiture of the defendant property, was filed on or about September 30, 2002.

2. On or about October 8, 2002, the United States Marshal arrested, or executed process on, the defendant property.

3. As the Verified Complaint sets forth, the property was seized from the possession of Vernon Jackson and Ayanna Jackson. An administrative claim was filed by Vernon Jackson. On August 8, 2003, Vernon Jackson signed a Consent to Forfeiture regarding the defendant currency. A copy of the Consent is annexed hereto as Exhibit A.

4. The claimant agrees to relinquish all right title and interest to the defendant property.

5. On or about October 24 and 24, 2002,, notice of the pendency of this case was published in the Carroll County Times and the Howard County Times, respectively, newspapers of general circulation in Carroll County and Howard County, pursuant to Rule C of the Supplemental Rules For Certain Admiralty and Maritime Claims. A copy of the advertising certification and a Declaration Regarding Circulation is attached hereto as Exhibit B.

6. No other claimant has come forward within the time allotted by law for the filing of claims, which is within thirty (30) days of the date of publication. 18 U.S.C. Section 983 (a)(4)(A).

**WHEREFORE**, the United States of America respectfully requests that the Court enter judgment for the United States of America under the terms and conditions of the draft order submitted herewith for the convenience of the Court.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

John F. Purcell
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
Telephone (410) 209-4800

_____
Date

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 24th 2003, a copy of the foregoing Motion for Final Order of Forfeiture was mailed first class, postage prepaid to Kenneth W. Ravenell, Esquire, Suite 1800, 401 E. Pratt Street, Baltimore, Maryland 21202.

```
                                    /s/ John F. Purcell
                                    _____
                                    John F. Purcell
                                    Assistant United States Attorney
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff, | * * * | |
| v. | * * | CIVIL NO. MJG-02-3199 |
| $50,000.00 U.S. CURRENCY, and<br>$94,899.00 U.S. CURRENCY,<br>          Defendants. | * * * | |

\* \* \* \* \* \* \*

### FINAL ORDER OF FORFEITURE

**IT IS ORDERED, ADJUDGED, AND DECREED** on this _____ day of November 2003, that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. Section 2465;

4. The defendant property is condemned and all rights, title, and interest of Vernon Jackson, and any and all other persons is **HEREBY FORFEITED** to the United States of America.

5. The United States Marshals Service shall dispose of the defendant property in accordance with law and in accordance with the Consent annexed to the government's motion.

6. The clerk of the court shall provide copies of this order to counsel of record.

                                                    _____
                                                    Marvin J. Garbis
                                                    United States District Judge