IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. MJG-02-3199 |
| $50,000.00 U.S. CURRENCY, | * |
| $94,889.00 U.S. CURRENCY | * |
| Defendants. | * |

* * * * * * * * *

### CONSENT TO FORFEITURE

Vernon Jackson, administrative claimant of the defendant property in the above-captioned <u>in rem</u> proceeding, hereby agrees that the defendant property is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881. Claimant hereby consents to the forfeiture of the defendant property to the United States of America, pursuant to the conditions set forth in the criminal plea agreement in criminal case MJG-02-0257. Claimant hereby relinquishes all right, title and interest therein.

Dated: 8-8-03

_____
Vernon Jackson

2

**EXHIBIT A**

# LANDMARK COMMUNITY NEWSPAPERS OF MARYLAND, INC.

Westminster, Md., 11/4 19 2002.

THIS IS TO CERTIFY that the annexed Notice of Seizure was published for One successive weeks/days previous to the 25th day of Oct., 19 2002, in the

☒ Carroll County Times, a daily newspaper published in Westminster, Carroll County, Maryland.

☐ Randallstown News, a weekly newspaper published in Baltimore County, Maryland.

☐ Community Times, a weekly newspaper published in Baltimore County, Maryland.

Run Dates 10/24/02.

LANDMARK COMMUNITY NEWSPAPERS OF MARYLAND, INC.

Per. Carolyn McDonough

**EXHIBIT B**

**NOTICE OF SEIZURE**

NOTICE IS HEREBY GIVEN that by virtue of Warrant for Arrest In Rem, issued by the U.S. District Court for the District of Maryland, in an action entitled U.S. v. $50,000.00 U.S. Currency, and $94,899.00 U.S. Currency, United States Marshal Service for the District of Maryland, arrested on October 8, 2002, said property described under Civil Docket No. MJG-02-3199 and filed with the Clerk of the Court for the District of Maryland for violation of 21 U.S.C. § 841, and which action requests that the said property be seized for condemnation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Supplemental Rule C(6) of the Certain Admiralty and Maritime Claims, and the Federal Rules of Civil Procedure, and within 30 days after publication must file a claim with the Clerk of the Court, U.S. District Court for the District of Maryland, and make service upon the attorney for the plaintiff, and must serve their answers within 20 days after the filing of their claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. John F. Purcell, Assistant United States Attorney, 6625 U.S. Courthouse, 101 West Lombard Street, Baltimore, MD 21201, attorney for plaintiff.
Johnny L. Hughes
U.S. Marshal

H/10/334 Oct. 24              C570163

Page 70

OFFICE OF



PATUXENT PUBLISHING COMPANY

10750 LITTLE PATUXENT PARKWAY, COLUMBIA, MD 21044

10/24 2002

THIS IS TO CERTIFY, that the annexed advertisement of

was inserted in the following:
☒ Howard County Times
☐ Columbia Flier

weekly newspapers published in Howard County, Maryland, once a week for _____1_____ successive weeks before the _25th_ day of _Oct._ 20_02_, that is to say, the same was inserted in the issues of 10/24.

PATUXENT PUBLISHING COMPANY
By _____
S. Wilkinson
LEGAL ADVERTISING

IN THE CIRCUIT COURT
THE HOWARD COUNTY, IN EQUITY

Plaintiff
vs.
Defendant

CERTIFICATE OF PUBLICATION OF