IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. MJG-02-3199 |
| | * | |
| $50,000.00 U.S. CURRENCY, and | * | |
| $94,899.00 U.S. CURRENCY, | * | |
| Defendants. | * | |

* * * * * * *

### FINAL ORDER OF FORFEITURE

IT IS ORDERED, ADJUDGED, AND DECREED on this 24th day of November 2003, that

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. Section 2465;

4  The defendant property is condemned and all rights title, and interest of Vernon Jackson, and any and all other persons is HEREBY FORFEITED to the United States of America

5. The United States Marshals Service shall dispose of the defendant property in accordance with law and in accordance with the Consent annexed to the government's motion

6. The clerk of the court shall provide copies of this order to counsel of record

/s/
Marvin J. Garbis
United States District Judge